O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>ELIAS RENTERIA ESTRADA,<br><br>            Defendant. | SA 08-367M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. ( X )   serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1                                             II.

2      The Court finds no condition or combination of conditions will reasonable assure:

3      A.  ( X )    appearance of defendant as required; and/or

4      B.  ( ) safety of any person or the community;

5                                             III.

6      The Court has considered:

7      A.  ( x) the nature and circumstances of the offense;

8      B.  (x) the weight of evidence against the defendant;

9      C.  (x) the history and characteristics of the defendant;

10     D.  ( ) the nature and seriousness of the danger to any person or to the community.

11                                            IV.

12     The Court concludes:

13     A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15     B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16          **Defendant is undocumented.  He has no ties to the community and no bail**

17          **resources.**

18

19     C.  ( ) A serious risk exists that defendant will:

20          1. ( )   obstruct  or  attempt  to  obstruct  justice;

21          2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23     D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24          provided in 18 U.S.C. § 3142 (e).

25   ///

26   ///

27   ///

28   ///

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8   Dated: July 16, 2008

           Marc L. Goldman
           U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                    - 3 -                                Page 3 of 3